UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

-vs-

JAFET RIVERA,

                      Defendant.
_____

DECISION and ORDER

12-mj-00546

**Siragusa, J.** This case was referred by order to the undersigned, docketed on August 20, 2012, ECF No. 20, by Magistrate Judge Jonathan W. Feldman, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). Previously, on August 15, 2012, Magistrate Judge Feldman filed a Report and Recommendation ("R&R") ECF No. 19, recommending that the Court determine that the Defendant is not competent to stand trial. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

Accordingly, for the reasons set forth in the Magistrate Judge's R&R, the Court finds that the Defendant is not competent to stand trial and order that the Defendant be committed to the custody of the Attorney General for a reasonable period, not to exceed four months, to determine "whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward." 18 U.S.C. § 4241(d)(1).

IT IS SO ORDERED.

Dated: Rochester, New York
September 14, 2012

ENTER:

/s/ Charles J. Siragusa
CHARLES J. SIRAGUSA
United States District Judge